AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 27 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN DARNELL KIMBLE | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:05CR00253-01 BRW<br>USM No. 23876-009<br><br>Misty W. Borkowski<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Standard, General & Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard-3 | Failure to answer truthfully all inquiries by probation officer an and follow instructions of the probation officer | 09/13/2011 |
| Special | Failure to participate in substance abuse treatment program | 03/01/2012 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4291

Defendant's Year of Birth: 1979

City and State of Defendant's Residence: _____

11/21/2012
Date of Imposition of Judgment

_/s/_ Signature of Judge

BILLY ROY WILSON,   U.S. District Judge
Name and Title of Judge

11-27-2012
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

DEFENDANT: KEVIN DARNELL KIMBLE
CASE NUMBER: 4:05CR00253-01 BRW

Judgment—Page  2  of  3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Possession of a controlled substance | 11/01/2012 |
| General | Failure to refrain from unlawful use of a controlled substance | 11/01/2012 |
| Standard-6 | Failure to notify probation officer at least ten days prior to any change in residence or employment. | 04/05/2011 |
| Special | Failure to participate in mental health counseling | 01/05/2012 |

DEFENDANT: KEVIN DARNELL KIMBLE
CASE NUMBER: 4:05CR00253-01 BRW

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

12 months and one day, with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to a medical facility, such as the institution located in Springfield, MO. The Court recommends the defendant participate in nonresidential substance abuse treatment and in mental health treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL